**No. 62481.**—Frank P. Dow Co., Inc., a/c Ucagco, Inc., et al. *v.* United States, protests 265509–K, etc. (San Francisco).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of decorated china or porcelain wall plaques or plates the same in all material respects as those the subject of *United China & Glass Co.* v. *United States* (39 Cust. Ct. 167, C. D. 1920), the claim of the plaintiffs was sustained.

**No. 62482.**—Canada Dry Ginger Ale, Inc. *v.* United States, protests 324546–K, etc. (New York).

Opinion by JOHNSON, J.   It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.   The protests were sustained to this extent.

**No. 62483.**—Ciba Pharmaceutical Products, Inc. *v.* United States, protest 318498–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the entry was erroneously liquidated using a weight of 1,549 pounds and that the correct weight upon which the entry should be liquidated was the entered weight of 1,543 pounds, the protest was sustained, and the collector was directed to reliquidate the entry accordingly.